LILY-TULIP CUP CORPORATION, Appellant, *v.* HOME INSURANCE COMPANY, Respondent.

Argued October 20, 1942; decided December 3, 1942.

*Milton C. Weisman* and *Melvin A. Albert* for appellant.

*Abraham Kaplan* and *George I. Gross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.